184 So. 916

### Vesta HOLLOWAY v. STATE.
### 5 Div. 55.

Court of Appeals of Alabama.
Nov. 29, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Appeal dismissed.